### 15738.    COHEN *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial in this case contains no special grounds. The determination of questions of fact is the especial province of the jury. In this case the jury decided the questions of fact in favor of the State, and upon the evidence in the record this court cannot hold that the trial judge erred in refusing to grant a new trial on the general grounds.

> *Judgment affirmed.. Broyles, C. J., and Luke, J., concur.*
> ·DECIDED AUGUST 8, 1924.

Pointing pistol at another; from Bryan superior court—Judge Sheppard. April 7, 1924.

*W. F. Slater,* for plaintiff in error.